FILED

SEP 03 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__Pecos__ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

__Darrell Roberts # 1373928__
Plaintiff's name and ID Number

__LH. Ft. Stockton, Tx. 79735__
Place of Confinement

CASE NO: __P13CV52__
(Clerk will assign the number)

v.

__Warden Whitman__
Defendant's name and address

__Warden Bowers__
Defendant's name and address

__Major Lyjan__
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

ATC 1983 (Rev. 04/06) Page 1 of 5

Please send me copies of everything I send, letting me know you recieved it, because I sent one [illegible] never processed [illegible]

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

I. **PREVIOUS LAWSUITS:**

　A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?　　____ YES　_X_ NO

　B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

　　1. Approximate date of filing lawsuit: __July 9, 2008__

　　2. Parties to previous lawsuit:
　　　Plaintiff(s): __Darrell Roberts Sr.__
　　　Defendant(s): __Denise Butterworth, Janet Chavez, Sam Madrano__

　　3. Court (If federal, name the district; if state, name the county) __El Paso__

　　4. Docket Number: __EP-08-CA-237-FM__

　　5. Name of judge to whom case was assigned: __Alia J. Garcy__

　　6. Disposition: (Was the case dismissed, appealed, still pending?)
　　　__Dismissed__

　　7. Approximate date of disposition: __July 9, 2008__

II. **PLACE OF PRESENT CONFINEMENT:** LH. Ft. Stockton TX 79735

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Darrell Roberts Sr.
1098 S. Hwy 2037  Ft. Stockton, TX. 79735

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Warden Whitman (Main, head Warden)
1098 S. Hwy 2037 Ft. Stockton, TX. 79735
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Allowing inmates to be harmed in a way Illegal

Defendant #2: Warden Roger Bowers (Asistant warden)
1098 S. Hwy 2037 Ft. Stockton, TX. 79735
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Inslagating An alleged Scheme

Defendant #3: Major Luisen  Head of Security
1098 S. Hwy 2037 Ft. Stockton Tx. 79735
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #4: Cpt McQuary (Bldg Cpt)
1098 S. Hwy 2037 Ft. Stockton, TX. 79735
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
After being told by Oudsman to investigate the
Defendant #5: Sure to correct a problem hear
Does not thoroughly Investigate
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
1098 S. Hwy 2037 Ft. Stockton, TX. 79735

ATC 1983 (Rev. 04/06)          Page 3 of 5

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

July 12th 2013 I had a seizure that could have been prevented with emergency medical care. I can identify the symptoms of a big seizure. I pushed our emergency call button and got no response. The button works for all the people who come to inspect after they call to tower and say who they are. But, for inmates all over the farm where we are located in the middle of nothing the buttons don't work for us and people die. My daughter is a nurse and said this could kill me so she wrote to ombudsman. Still nothing.

## VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Have the Prison officials order our button calls be answered and work according to TDCJ Hand book

## VII. GENERAL BACKGROUND INFORMATION: They gave us

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Darrell Roberts

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

1273976

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES _X_ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES  _X_ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning were imposed: _____

Executed on: __Sept 2, 2013__    __Darrell Roberts Sr.__
              (Date)                (Printed Name)

                                  _____
                                  (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __2nd__ day of __Sept__, 20__13__.
           (Day)          (Month)         (Year)

                                  __Darrell Roberts Sr.__
                                  (Printed Name)

                                  _____
                                  (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

Offender Name: Darrell Roberts Sr  TDCJ # 1273928
Unit: Lit  Housing Assignment: K107B
Unit where incident occurred: Lynaagu

**OFFICE USE ONLY**
Grievance #: 2013137118
Date Received: MAY 01 2013
Date Due: 6/10/13
Grievance Code: 522
Investigator ID #: J1352
Extension Date: 7/20/13
Date Retd to Offender: JUL 09 2013

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Joe Grimes  When? Dec 2012
What was their response? They were on order with maintaince
What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

I wrote Warden Grimes an I-60 around Dec 2012 and inquired about the call buttons in our cells. We do need to be heard in emergency situations and none of our emergency call buttons are being answered. And Warden Grimes's answer was because they didn't work and that he personally had a work order in with maintaince to fix them. Well the date is 5-1-13 and the call buttons still do not work. Sometimes we do have emergencys at night. I, for one, have Epilepsy, COPD, and severe asthma. I fell out of the bed once and injured my leg and foot which Dr. Talley saw. I couldn't get emergency care because we have no call buttons. Why do we even have these buttons in our cell? His answer to that one was the officers do a walk around security check every 30 min which isn't true and can be proved if only someone would ask the inmates who suffer all these injustices at this unit here & we are out in the middle of nowhere. It's not run like TDCJ wants it to be run. People coming here from other units say the units they come from are not like this one. Sure theres some things they don't like. That will happen everywhere, but this seems to be a diliberate indifference and poor mistreatment the

I-127 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  (OVER)

Appendix F

shouldn't have to go to the head of the department. These people are defying you and depriving you of a work friendly place to work. So not only do the inmates become restricted but security also. I to need 2 steps to file a civil suit. So, now what's the answer going to be are we going to have our call buttons answered or not Smith v. Smith 589 F.3d 736 is a real interesting objective indifference case

**Action Requested to resolve your Complaint:**
I don't want to be harrassed or retaliated against

**Offender Signature:** [signature]    **Date:** 5.1.13

**Grievance Response:**
Your complaint has been noted. There is an open work order to correct this problem, work order number 407313006019. Correctional staff are required to conduct security rounds every 30 minutes. This along with count, passing out mail and other related duties results in a staff member being present in the wing nearly on a constant basis. No policy violations found.

This is not Joe Grimes signature. I've seen his signature, and this isn't it.

**Signature Authority:** [signature]    Grimes, Warden    **Date:** 07/05/13

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



Cross out Bottan

# Texas Department of Criminal Justice
## STEP 2  OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2013137118 |
| UGI Recd Date: | JUL 15 2013 |
| HQ Recd Date: | JUL 26 2013 |
| Date Due: | 08·19 |
| Grievance Code: | 522 |
| Investigator ID#: | 1722 |
| Extension Date: | |

Offender Name: Darrell Roberts Sr.    TDCJ # 673928
Unit: Lynaugh    Housing Assignment: K107 B
Unit where incident occurred: Lynaugh, James

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).    I am dissatisfied with the response at Step 1 because...**

I sent an I-60 to our Warden months ago, and it was just sent back today 7-02-13 but, the situation I complained about hasn't changed. My Daughter even wrote the ombudsman about it, And hired Berger Law firm in Calif. The Warden wrote and said there was a work order to correct this situation. Well I'm really not happy with the answer so this has not been handled at unit level. Cpt. McQuary called both me and my cellie down to administration to inquire about our call button that maintance has been here 3 times since then and the warden twice. I have emergency (severe) problems medically and push the call button and we both do not get an answer. However, when maintance comes or the warden and push the button they have to call to the picket to see it is working, and it is. My Daughter already complained on my behalf and Cpt. McQuary promised me it wouldn't happen again. For pure whitewash he said he was sending an E-mail to all officers to correct this problem (people die here) the security neither does a walk around every 30 min-like they are supposed to. Smith v. Smith 589 F.3d 736 is a real interesting objective difference case similar to mine. This can be considered an 8th Amend. violation since I'm being refused medical I'm now collecting all these step #1's and #2's to prove your scheme you have already decided before my step 2 gets there that it was handled at unit level. I've got several affidavits to prove it wasn't. You have an ongoing scheme against me because

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

You want me to stop grieving ligitamate matters and being retaliate against. All of this is piling up on you and I found away to get around your qualified immunity. All I'm asking before I get my family to go further is that they do things here by the book and no thing more. They need to stop cussing at us and set an example.

Offender Signature: _____ Date: 7·25·13

**Grievance Response:**

Your complaint has been noted and was appropriately addressed at step one. No further action warranted.

P. Chapa, Assistant Region IV Director

This signature belongs to Sgt Biese
I know her hand writing.
C.O. Martinez was asked if there was a P. Chapa and he stated he'd never heard of one.

Signature Authority: _____ Date: 08/08/13

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted.*
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission        CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

2nd Submission        CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission        CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                    Appendix G

D. Roberts Sr. #1712788
Lynaugh Unit #10118
1098 SHwy 2037
Ft. Stockton, Tx. 79735



Karin J White Court Clerk
410 S. Cedar St.
Pecos, Tx. 79772

