TO WHOM IT MAY CONCERN

I'VE DECIDED THAT IF YOU DON'T KNOW WHAT FRIVOLOUS MEANS AND WON'T FILE OR EVEN ANSWER MY VERY IMPORTANT CORRESPONDENCE. THEN PLEASE JUST DROP ALL MY CASES. I DON'T HAVE THE RESOURCES TO PAY $50.00 DOLLARS AND YOU KNOW IT. I CAN'T GET PAPER, PEN, MUCH NEEDED ENVELOPES, AND STAMPS. I REALLY HAD NO IDEA THIS WAS GOING TO BE SUCH A HEADACHE. ALL I WANTED WAS TO BE TREATED FAIR AND TO SHOW THE COURT THAT'S NOT HAPPENING.

MAYBE THE MEDIA WILL LISTEN. SOCIETY SAYS WE'RE PUNISHED WHEN WE ARE LOCKED AWAY FROM OUR LOVED ONES. MY LOVED ONES ARE NOT IN TX. AND TX. HAS ONLY PROVEN PREJUDICE FOR OUTSIDERS. OH! ITS FINE TO COME HERE AND SPEND MONEY BUT THATS AS FAR AS YOUR SOUTHERN HOSPITALITY GOES. THERE'S NO JUSTICE HERE OXO. ONE DAY I WILL BE FREE AND WON'T HAVE TO DEAL WITH COURT AND LAW.

I MAY AS WELL START NOW. I FEEL SORRY FOR YOU EVEN A DUMMY LIKE ME KNOWS WHAT FRIVOLOUS IS.

I DIDN'T THINK AN ANSWER OR RESPONE TO DEFENDENTS MOTION FOR SUMMARY WAS FRIVOLOUS.

I MIGHT BE OUT OF PLACE BUT MAYBE YOU ARE IN CAHOOTS WITH THESE WRONG DOERS AND MAYBE NOT. ALL I CAN DO NOW IS PRAY AND FOR YOU TOO.

JUST FIND IN THEIR FAVOR AND THEY CAN KEEP MISTREATING PEOPLE IT DOESN'T MATTER THAT SOCIETY BELIEVES THIS IS A LEGITIMATE PENOLOGICAL INSTITUTE. I THREW ALL MY COURT PAPERS IN THE GARBAGE, IF YOU SAY ITS OVER ITS OVER.

FILED
MAY 20 2014
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

RESPECTFULLY
DeLRoto 1273928
LYNAUGH
1098 S. HWY 2037
FT. STOCKTON, TX, 79735

D. ROBERTS
1273928
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

MIDLAND & ODESSA
TX 797
15 MAY 2014 PM

SCREENED
MAY 20 2014
CLERK, US DC

Clerk D. BANTON III
US. Court House
410 S. Cedar
Pecos, TX. 79772

79772&3202